**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 239 EAL 2014 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| | : |
| DERRICK HUNT, | : |
| | : |
| Petitioner | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 28th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.